1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MELISSA WASHINGTON,                    No.  2:16-cv-0925 CKD PS

12            Plaintiff,

13        v.                                ORDER

14   CAROLYN W. COLVIN,
     Acting Commissioner of Social Security,

15

             Defendant.

16

17

18          By order filed May 5, 2016, plaintiff was directed to file a Consent to Assignment or

19   Request for Reassignment form within ninety days.  Plaintiff has failed to timely file the requisite

20   form.

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  The Clerk of Court is directed to serve plaintiff with a copy of the Consent to

23   Assignment or Request for Reassignment form used in social security cases.

24          2.  No later than August 29, 2016, plaintiff shall file the Consent to Assignment or

25   Request for Reassignment consent/decline to consent form.

26   /////

27   /////

28   /////

                                            1

3.  Plaintiff is reminded that under the scheduling order, plaintiff's motion for summary judgment must be filed within forty-five days of the lodging of the administrative transcript.

Dated:  August 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 consent.plaintiff

2