UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA WASHINGTON, | No. 2:16-cv-0925 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

      Plaintiff did not timely file a motion for summary judgment.  By order filed October 19, 2016, plaintiff was ordered to show cause why this action should not be dimisss for failure to prosecute.  Plaintiff has filed a response in which she asks the court to review her case.  It is incumbent on plaintiff to file a motion for summary judgment which sets forth the errors in the record that she believes were committed by the Administrative Law Judge in reviewing her case.  The scheduling order which was issued May 5, 2016 sets forth the format for the motion for summary judgment.  Plaintiff will be granted an extension of time to file her motion.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The order to show cause (ECF No. 18) is discharged.

/////

/////

1

2. Plaintiff is granted an extension of time to December 9, 2016 to file a motion for summary judgment. Failure to comply with this order shall result in a recommendation that this action be dismissed.

3. The time for filing opposition and reply under the scheduling order shall be adjusted accordingly.

Dated:  November 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 washington0925.ss.dis.eot