UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:16-cv-0925 TLN CKD PS<br><br><br><br>ORDER |

Plaintiff has filed a supplemental statement in response to the order to show cause. The order to show cause was discharged and plaintiff was granted an extension of time to file her motion for summary judgment. Plaintiff's statement is insufficient as a motion for summary judgment. While the court looks at the entirety of the administrative record in reviewing plaintiff's challenge to the Commissioner's decision, it is incumbent on plaintiff to set forth what errors she believes were committed by the Administrative Law Judge in reaching the determination of nondisability. Plaintiff is therefore reminded that her motion for summary judgment must be filed no later than December 9, 2016.

Dated: December 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 washington0925.ss.msj

1