UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No.  2:16-cv-0925 TLN CKD PS<br><br><br><br>ORDER |

Plaintiff has filed a document that she characterizes as a motion for summary judgment. Plaintiff was previously advised that while the court looks at the entirety of the administrative record in reviewing plaintiff's challenge to the Commissioner's decision, it is incumbent on plaintiff to set forth what errors she believes were committed by the Administrative Law Judge in reaching the determination of nondisability.  Other than generic statements to the effect that the Administrative Law Judge did not take into consideration plaintiff's prior work history and current medical condition, plaintiff sets forth no specific errors committed by the ALJ.  Plaintiff's motion is simply insufficient for meaningful review of the ALJ's decision by this court.  Plaintiff will be granted one final opportunity to file a motion for summary judgment that complies with the requirements set forth in the court's initial scheduling order.  See ECF No. 6 at p. 3.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a motion for summary judgment that complies with the scheduling order no later than February 10, 2017. Failure to comply with this order shall result in a recommendation that the action be dismissed without prejudice.

2. The time for filing opposition and reply shall be adjusted accordingly.

3. The Clerk of Court is directed to re-serve a copy of the scheduling order (ECF No. 6) on plaintiff.

Dated: January 4, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 washington0925.ss.msj.2